IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **DANIEL ERIC COBBLE,** | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:12-CV-464 (MTT) |
| **SHEVONDAH FIELDS,** *et al.,* | ) |
| Defendant. | ) |

## ORDER

Before the Court is the Plaintiff's "Motion for Contempt of Court." (Doc. 25). Though difficult to decipher, it appears the Plaintiff is contesting the response he received to a grievance he filed with prison officials in November 2012. However, the Plaintiff's case was dismissed without prejudice in December 2012 (Doc. 9) and Judgment was entered against him (Doc. 10). If the Plaintiff wishes to bring new civil rights claims against these Defendants, he must file a new complaint and pay all costs associated therewith. Accordingly, the Plaintiff's Motion is **DISMISSED**.

**SO ORDERED**, this 11th day of February, 2012.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT